AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

JPS Industries, Inc. And JPS Elastromerics Corp.

vs.

Atlantic Construction Sales, Inc., William R. Shelburn, James P. Naples and Milton P. Phillips, individually and as agents of Atlantic Construction Sales, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:02-4137-HFF

**[X]    Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' JPS Industries, Inc. And JPS Elastromerics Corp. motion for sanctions is granted and Defendants' Atlantic Construction Sales, Inc., William R. Shelburn, James P. Naples and Milton P. Phillips, individually and as agents of Atlantic Construction Sales, Inc. are directed to pay $62,892.09 (sixty two thousand eight hundred ninety-two dollars and 09 cents), in costs and attorneys' fees to Plaintiffs' JPS Industries, Inc. and JPS Elastromerics Corp. by July 1, 2008.

LARRY W. PROPES, Clerk

By: s/Angela Lewis
Deputy Clerk

July 28, 2008